

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2020

No. 04-19-00385-CR

Gustavo **CUELLAR,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6255
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The State's brief is currently due on January 31, 2020. On January 30, 2020, the State filed a motion requesting an extension of time to file the brief until March 31, 2020, for a total extension of sixty days. After consideration, we **GRANT** the motion and **ORDER** the State to file its brief **by March 31, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court